UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILLIE E. BERRY, JR. (#354431)**  **CIVIL ACTION**

**VERSUS**

**JOHN ORR, ET AL.**  **21-27-JWD-RLB**

### ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 3, 2022, (Doc. 54), to which no objection was filed;

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 38), is granted, dismissing (1) the plaintiff's claims asserted against Defendant Tucker, in their entirety, with prejudice, (2) the plaintiff's claims for compensatory damages asserted against Defendants Orr and Jones, and (3) the plaintiff's claims for declaratory and injunctive relief asserted against Defendants Orr and Jones.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge Bourgeois for further proceedings herein regarding the plaintiff's claims for nominal or punitive damages asserted against Defendants Orr and Jones, in their individual capacities, for conspiracy and the use of excessive force.

Signed in Baton Rouge, Louisiana, on September 8, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**