# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIE E. BERRY, JR.** | : | **CIVIL ACTION** |
| | : | **NO. 21-27** |
| **VERSUS** | | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **JOHN ORR, et al** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes the Defendants, John Orr and Marcus Jones, to inform the Court that the parties have reached an amicable resolution in the above captioned case. The parties are in the process of preparing settlement documents. Accordingly, the parties hereby submit this request for a 60-day Order of Dismissal and for the trial currently set to begin March 12, 2024, to be removed from the Court's docket. Upon the finalization and execution of the settlement documents, Defendants will submit a Joint Motion to Dismiss with Prejudice and a proposed Order to the Court.

Respectfully submitted,

**LIZ MURRILL
ATTORNEY GENERAL**

*s/ Matthew P. Roth*
Matthew P. Roth (Bar No. 37527)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 N. 3rd Street
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
RothM@ag.louisiana.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 23 day of February, 2024, the above entitled pleading was filed electronically with the Clerk of Court by using CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the 23 day of February, 2024, a copy of the foregoing was provided to Pro Se Inmate Plaintiff via U.S. First Class Mail, to the below name and address:

Willie E. Berry, Jr
354431
Louisiana State Penitentiary
Angola, LA 70712

*s/ Matthew P. Roth*
Matthew P. Roth
Assistant Attorney General